IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KIMBERLY MARIE KATZENBERGER,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Commission,

    Defendant.

Case No. 1:10-cv-06029-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    I agree with Magistrate Judge Clarke's conclusion that the ALJ did not properly consider the opinions of plaintiff's treating physicians. I also agree that no useful purpose would be served by remanding for further administrative proceedings. Accordingly, I ADOPT the Report and Recommendation.

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#26) is adopted. This action is reversed and remanded for the calculation and award of benefits.

IT IS SO ORDERED.

DATED this 20 day of September, 2011.

OWEN M. PANNER
U.S. DISTRICT JUDGE